UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Arthur D'Amario,
Petitioner

v.

Case No. RI 01-cv-097T
NH 01-cv-069-SM

United States of America,
Defendants

**RECUSAL ORDER**

Based on the same facts supporting the recusal order dated August 27, 2003, in the case entitled United States of America v. Arthur D'Amario, NH 99-cr-030-JD, RI 99-cr-024-01S, the undersigned judges are recused from presiding over this case. Accordingly, the case shall be transferred back to the District of Rhode Island.

**SO ORDERED.**

October 27, 2005

Steven J. McAuliffe
Chief Judge

October 29, 2005

Paul Barbadoro
United States District Judge

~~October~~ November 3, 2005

James R. Muirhead
United States Magistrate Judge

cc: Arthur D'Amario
Stephanie S. Browne, Esq.
Clerk, USDC-RI