**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Arthur D'Amario, III

v. CA01-97

United States of America

**REFERRAL ORDER**

Since all of the judges of this Court and in the District of New Hampshire have recused themselves this case is hereby referred to the District of Maine for assignment to a judge in that District sitting by designation.

The Clerk shall forward a copy of the file to the District of Maine for assignment but jurisdiction over this case shall remain with the District of Rhode Island which shall enter final judgment.

The originals of all documents filed shall be filed in this Court and copies shall be forwarded by the Clerk to the District of Maine.

By Order:

Paula Farrell Flakey

Deputy Clerk

ENTER:

Ernest C Torres

Chief Judge Ernest C. Torres
date: 11/16/05