UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARTHUR D'AMARIO, III | ) | |
| | ) | |
| v. | ) | CIVIL NO. 01-97 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

CONCURRING ORDER

All of the judges in the District of Rhode Island are recused from presiding over this case. Accordingly, this case is hereby transferred to the District of Maine.

The recusal of all of judges of this court gives rise to an "emergency" with respect to the transferred case as that term is used in Title 28, U.S.C. Section 636(f). I therefore concur in the assignment of a magistrate judge from the District of Maine to perform the duties specified in Title 28, U.S.C. Section 636(a)-(c).

SO ORDERED.

By Order: [signature]
Deputy Clerk

Enter:

[signature]
Ernest C. Torres
Chief Judge U.S. District Court
Date: 12/1/05

**CONCURRING ORDER**

I concur that an emergency exists as specified in the above and that for the duration of this case Magistrate Judges Cohen and Kravchuk are assigned to perform such duties under Title 28, U.S.C. Section 636(a)-(c) as may be assigned to them by the District Judge to whom this case is assigned.

George Z. Singal
Chief U.S. District Judge