AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO, III

V.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. No. 01-97S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**IN ACCORDANCE WITH THE ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE, ISSUED ON DECEMBER 20, 2005, BY DISTRICT JUDGE D. BROCK HORNBY, JUDGMENT IS HEREBY ENTERED FOR THE DEFENDANT, UNITED STATES OF AMERICA, AND AGAINST THE PLAINTIFF, ARTHUR D'AMARIO, III, ON ALL CLAIMS.**

January 5, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk