**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

**ARTHUR D'AMARIO III** )
)
**v.** ) **CIVIL NO. 05-216-P-H**
)
**USA** )

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

On December 30, 2005, Arthur D'Amario III filed with this Court an application for certificate of appealability and a notice of appeal from this Court's Judgment dated December 20, 2005.

It being the opinion of this Court that no substantial question would be presented for decision on appeal for the reasons stated in my December 20, 2005, Order affirming the Report and Recommended Decision of the Magistrate Judge, the certificate of appealability is DENIED. (F. R. App. P. 22(b)).

/s/ D. Brock Hornby
D. Brock Hornby
U.S. District Judge

Dated: January 5, 2006 .

ATTESTED COPY
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Maine.
Date filed: 1/5/06
WILLIAM S. BROWNELL, CLERK
By: [signature]
Dated: 1/5/06