SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2005 DEC 30 P 12: 00

BY MW
DEPUTY CLERK

ARTHUR D'AMARIO, III

v.

D.R.I. No. 01-cv-0097
D.Me. No. 05-cv-216-P-H

UNITED STATES

NOTICE OF APPEAL

Notice is hereby served that Petitioner hereby appeals the Judgment denying his Rule 60(b) motion, entered Dec. 20, 2005, to the Court of Appeals in Boston.

Petitioner, pro se,

Arthur D'Amario 02989-070
US Medical Center
POB 4000
Springfield, MO 65801-4000

I declare under penalty of perjury that on Dec. 24 I mailed this Notice to the Clerk by placing it in a prison mailbox with a 37¢ stamp affixed.

Executed on: Dec. 24, 2005

Arthur D'Amario, III

CERTIFICATION

I certify that on Dec. 24, 2005, I mailed a copy to AUSA Adi Goldstein, 50 Kennedy Plaza, Prov., RI 02903.

Arthur D'Amario, III