UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 19 2006
Property of U.S. District Court
District of Rhode Island

DAVID A. DIMARZIO
CLERK OF COURT

January 10, 2006

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: Arthur D'Amario, III v. United States
CA01-97S

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Notice of Appeal, Court File.

Susan Pedros
06-1124