CA:01-97
J. Hornby

CERTIFIED COPY

# United States Court of Appeals

## For the First Circuit

---

No. 06-1124

ARTHUR D'AMARIO, III,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Torruella, Lynch and Lipez,
Circuit Judges.

---

JUDGMENT

Entered: November 14, 2006

Petitioner's motion filed pursuant to 28 U.S.C. § 2255 was denied in May 2001. We denied petitioner's request for a certificate of appealability (COA) in April 2002. See D'Amario v. United States, No. 01-1814 (1st Cir. Apr. 16, 2002).

Petitioner now seeks a COA to appeal the December 2005 denial of his *third* motion filed pursuant to Fed. R. Civ. P. 60(b) which seeks to reopen that May 2001 judgment denying his § 2255 motion. This most recent Rule 60(b) motion repeats a claim of bias that was raised and rejected when petitioner's second Rule 60(b) motion was denied in May 2003. It also repeats a claim of bias that was first tardily raised in October 2002 when petitioner sought to recall the mandate in D'Amario v. United States, No. 01-1814. We denied that request to recall mandate in March 2003.

Petitioner's most recent Rule 60(b) motion is both untimely and repetitive. His request for a COA to appeal the denial of this most recent Rule 60(b) motion does not demonstrate "a substantial showing of the denial of a constitutional right." 28 U.S.C. §

2253(c)(2). Essentially for the reasons stated in the magistrate judge's recommended decision, dated December 5, 2005, and the district court's order, dated December 19, 2005, we deny the request for a COA.

The request for a certificate of appealability is denied and this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 11-14-6

[Cert. cc: Hon. D. Brock Hornby and David DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: D'Amario, Lockhart and Ms. Browne]