UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CA01-97DBH

2. TITLE OF CASE: Arthur D'Amario, 3rd v. United States of America

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Arthur D'Amario, 3rd**
02989-070
Federal Correctional Institution
9595 W. Quincy Avenue
Littleton, CO 80123
PRO SE

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Stephanie S. Browne**
United States Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903

5. NAME OF JUDGE: **D. Brock Hornby**

6. COURT-APPOINTED COUNSEL YES__ NO_x_

7. FEE PAID YES__ NO_x_
RECEIPT#

8. IN FORMA PAUPERIS YES__ NO_x_

9. GUIDELINES CASE YES__ NO__

10. RELATED CASE ON APPEAL YES__ NO__

C.C.A. # (IF AVAILABLE)

DATE OF LAST N.O.F.A. FILED 06-1124

11. SPECIAL COMMENTS: Enclosed please find: Notice of Appeal; Certified Docket; Original Court file (Doc. #'s: 1-4, 6-55, 58, 59, and 62-64); Copies of doc. #'s: 56, 57, and 60.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 13, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Arthur D'Amario, 3rd v. United States of America**
**CA01-97DBH**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket sheet in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

/s/ *Rana L. Smith*
DEPUTY CLERK

ENC: Notice of Appeal, Certified Docket, Original Court file (Doc. #'s: 1-4, 6-55, 58, 59, 62-64); Copies of doc. #'s: 56, 57 and 60.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 13th day of August 2008.

David A. DiMarzio, CLERK

BY: *Rana L. Smith*
DEPUTY CLERK